IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM A. DEMARR,

        Plaintiff,

v.

Case No. 17-cv-89-wmc

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration,

        Defendant.

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that: This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon receipt of the Court's order, the Appeals Council will vacate all findings in the Administrative Law Judge's decision and remand the matter to the Administrative Law Judge for further proceedings. The Acting Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, which shall include providing Plaintiff with the opportunity to appear at a new hearing; the reassessment of Plaintiff's medical and vocational evidence of record; and, if the ALJ deems necessary, arrangements for a consultative psychological examination of Plaintiff; and then issue a new decision.

SO ORDERED this 23rd day of June, 2017.

HON. WILLIAM M. CONLEY
United States District Judge