IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM DEMARR,

                     Plaintiff,                              JUDGMENT IN A CIVIL CASE

    v.

                                                     Case No. 17-cv-89-wmc

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

                     Defendant.

      This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff

William DeMarr remanding this case for further proceedings under sentence four of

Section 205 of the Social Security Act, 42 U.S.C. § 405(g).


| s/ K. Frederickson, Deputy Clerk | 6/23/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |